ACCEPTED
03-15-00019-CV
4611121
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/23/2015 8:32:46 PM
JEFFREY D. KYLE
CLERK

## NO: 03-15-00019-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/23/2015 8:32:46 PM
JEFFREY D. KYLE
Clerk

IN THE THIRD DISTRICT COURT OF APPEALS

AT AUSTIN, TEXAS

*JEFF KAISER, P.C. and JEFFERY BENEDICT KAISER*
*a/k/a Jeffrey B. Kaiser,*

*Appellants*

**v.**

*THE STATE OF TEXAS,*

*Appellees*

From the 98th Judicial District Court
of Travis County, Texas
Trial Court Cause No. D-1-GV-13-000790

### APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME FOR FILING APPELLANTS' BRIEF UNTIL ARPIL 8, 2015

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 26.3, Appellants Jeff Kaiser, P.C. and Jeffery Benedict Kaiser, file this Unopposed Motion for Extension of Time to File their Appellants' Brief, which motion complies with Rule 10.5(b), and in support thereof would respectfully show as follows:

1.      This is an appeal from a final judgment in Cause No. D-1-GV-13-000790; *The State of Texas v. Jeff Kaiser, PC et al.;* in the 98th Judicial District Court of Travis County, Texas.

2.     The trial court signed its final order on December 1, 2014.

3.     Appellants filed a request for findings of fact and conclusions of law on December 8, 2014.

4.     Appellants filed their notice of appeal on January 8, 2015.

5.     Appellants have filed their requests for the clerk's record and reporter's record.  The clerk's record was filed with the Court on February 13, 2015, and the reporter's record was filed with the Court on February 20, 2015. The record is complete.

6.     Appellants' deadline to file their brief was set for Friday, March 20, 2015.

7.     Appellants respectfully request that the Court of Appeals extend time for Appellants to file their Appellants' Brief until Wednesday, April 8, 2015.

8.     This is Appellants' first request for an extension of time for filing Appellants' Brief.

9.     Appellants do not seek this extension for the purposes of delay.  In February and March 2015, Appellants' counsel George May's docket was crowded with numerous matters including the following:

(1)     A week long jury trial in Cause No. 12CV2786, *Foster v. Wiggins*, In the 10th Judicial District Court of Galveston County, Texas;

(2)      Motion to rehear due and filed in Cause No. 14-13-00638-CV,

2

*Vincent Laday v. George Pedraza*; In the 14ᵗʰ Court of Appeals at Houston, Texas;

(3) Motion for New Trial due and filed in Cause No. 2013-41051, *Cohen v. Preston Realty et al*, In the 269ᵗʰ District Court of Harris County, Texas;

(4) Motion for New Trial due and filed in Cause No. 2012-23146, *DG Interests v. Jim-Daniels Nnah*, In the 270ᵗʰ District Court of Harris County, Texas;

(5) Mediation in Cause No. 2012-CI-07619, *Eloise Castro et al v. Martin Garcia et al*; in the 166ᵗʰ District Court of Bexar County, Texas;

(6) Appellant's Brief due and filed in Cause No. 07-14-00398-CV; *Scott Theiring & Expelled Grain Products, LLC v. Corn Mill Enterprises, LLC*; in the 7ᵗʰ Court of Appeals at Amarillo, Texas;

(7) Depositions, summary judgment responses, and responses to written discovery requests in various cases; and

(8) Trial preparation and jury trial in Cause No. W70150017; *Wiggins v. Kelly*; In Justice Court, Precinct One, Galveston County, Texas.

10. In addition to these professional demands, Appellants' counsel's father-in-law suffered a stroke and counsel took time to attend to this family emergency. Appellants' counsel was unable to review the record and prepare a brief to aid the Court by the current deadline due to the above referenced matters.

11. Appellants do not seek this extension for the purposes of delay but only so that justice may be served.

## PRAYER

For all these reasons, Appellants respectfully request an extension of time for filing their Appellants' Brief from March 20, 2015, until April 8, 2015, and for all such further relief to which they may be justly entitled.

TWOMEY | MAY, PLLC

*/s/ George F. May/*

_____

George F. May
TBA NO. 24037050
2 Riverway, 15th Floor
Houston, Texas 77056
(713) 659-0000 [Telephone]
(832) 201-8485 [Telecopier]
george@twomeymay.com

Attorney in Charge on Appeal for Jeff Kaiser, P.C. and Jeffery Benedict Kaiser, Appellants

**CERTIFICATE OF CONFERENCE:**

I certify that I conferred with counsel for Appellee who stated that Appellee does not oppose this motion.

*/s/ George F. May/*

_____

George F. May

**CERTIFICATE OF SERVICE**

I, George F. May, hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all parties and counsel of record, pursuant to Rules 21 and 21a, Tex. R. Civ. P., on this 23rd day of March, 2015.

Mr. John C. Adams                                   Texas E-File/ E-Mail
Office of the Attorney General
300 W. 15th Street, Floor 8
Austin, Texas 78701
Telephone: 512-463-2173
Facsimile: 514-482-8341
E-Mail: John.adams@texasattorneygeneral.gov

Mr. Sean O'Neill
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548, MC 008
Austin, Texas  78711-2548
Telephone:  512-463-2173
Direct Line: 512-475-4255
Fax: 512-936-1409
Email: Sean.Oneill@texasattorneygeneral.gov

/s/ George F. May/

_____

George F. May